**AMERICAN CONTINENTAL INS. CO. v. PHICO INS. CO.**

[351 N.C. 45 (1999)]

AMERICAN CONTINENTAL INSURANCE COMPANY v. PHICO INSURANCE
COMPANY

No. 147A99

(Filed 8 October 1999)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 132 N.C. App. 430, 512 S.E.2d 490 (1999), affirming in part, reversing in part and remanding a judgment entered by Cashwell, J., on 20 April 1998 in Superior Court, Wake County. Heard in the Supreme Court 17 September 1999.

*Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P., by Michael E. Weddington and James Y. Kerr, II, for plaintiff-appellee.*

*Cranfill, Sumner & Hartzog, L.L.P., by Richard T. Boyette and Kari R. Johnson, for defendant-appellant.*

PER CURIAM.

AFFIRMED.